# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS (Eastern Division)

| | |
|---|---|
| Comcast of Massachusetts III, Inc. | Case No.: **04 10097 PBS** |
| Plaintiff, | |
| vs. | **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |
| Anthony Mardirosian | |
| Defendant | |

Pursuant to the provisions of Fed. R. Civ. P. 41(a)(1)(i), the Plaintiff discontinues the above-entitled action and dismisses the complaint without prejudice and without cost to either party.

Respectfully Submitted for the Plaintiff,
Comcast of Massachusetts III, Inc.
By Its Attorney,

3/16/04
Date

John M. McLaughlin
**MCLAUGHLIN SACKS**
31 Trumbull Road
Northampton, MA 01060
Telephone: (413) 586-0865
BBO No. 556328

Page 1

## CERTIFICATE OF SERVICE

I, John M. McLaughlin, attorney for the Plaintiff, hereby certify that on this ___16___ day of ___March___, 2004, a copy of the foregoing Notice of Dismissal was mailed first class to:

Anthony Mardirosian
43 Lake Street
Braintree, MA 02184

_____
John M. McLaughlin, Esq.